## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | : |
|     Plaintiff, | :   Docket No. |
| vs. | : |
| Suzanne Flynn | : |
|     Defendant. | : |

### COMPLAINT

The United States of America, a body politic and sovereign, acting herein by the United States Attorney for the District of Connecticut, complains and says:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

2. That the Defendant, Suzanne Flynn is a resident of the District of Connecticut.

3. That the Defendant is indebted to the Plaintiff in the principal amount of $42,301.05, plus interest of $8,418.90 on this principal computed at the rate of 4.080% and a daily rate of $4.73 through June 30, 2018, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e. *See* Exhibit "A" attached hereto and incorporated herein.

4. That the Defendant is further indebted to the Plaintiff in the principal amount of $16,137.06, plus interest of $2,415.50 on this principal computed at the rate of 3.280% and a daily rate of $1.45 through June 30, 2018, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e. *See* Exhibit "B" attached hereto and incorporated herein.

Demand has been made upon the Defendant by the Plaintiff for the sum due, but the amount due remains unpaid.

Wherefore, the Plaintiff demands judgment against the Defendant for the combined total of $69,272.51, plus costs, plus interest that accrues from January 8, 2018, to the date of judgment.

Plaintiff further demands, pursuant to 28 U.S.C. Section 1961, that interest on any judgment be at the legal rate until the judgment is paid in full.

Dated at New Haven, Connecticut on January 8, 2018.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 25th FLOOR
NEW HAVEN, CT  06510
(203) 821-3700 / FAX: (203) 773-5373
FEDERAL NO.  CT03393
EMAIL:  CHRISTINE.SCIARRINO@USDOJ.GOV



## U. S. DEPARTMENT OF EDUCATION
### SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 2

Suzanne Flynn
211 Georgetown Rd
Weston, CT 06883-1224
Account No. xxx-xx-0243

I certify that U. S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/13/17.

On or about 09/17/96, 07/16/97 and 11/19/97 the borrower executed promissory note(s) to secure loan(s) of $261.00 & $18,239.00, $321.00 & $3,591.00, and $14,585.00 & $14,917.00 from the U. S. Department of Education. This loan was disbursed for $261.00 & $18,239.00 on 10/11/96 through 01/31/97, $321.00 & $3,591.00 on 09/03/97, $14,585.00 on 12/03/97, and $14,917.00 on 01/15/98 through 03/18/98 at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a *et seq.* (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 12/01/12. Pursuant to 34 C.F.R. § 685.202(b), a total of $10,999.51 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $54,451.52 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 42,301.05 |
| Interest: | $ 8,007.29 |
| | |
| Total debt as of 10/13/17: | $ 50,308.34 |

Interest accrues on the principal shown here at the current rate of 4.08% and a daily rate of $4.73 through June 30, 2018, and thereafter at such rate as the Department establishes pursuant to section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/13/17

Christopher Bolander
Loan Analyst / Litigation Support



U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #2 OF 2

Suzanne Flynn
211 Georgetown Rd
Weston, CT 06883-1224
Account No. xxx-xx-0243

I certify that U. S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 10/13/17.

On or about 08/31/98, 11/17/98, and 12/21/98 the borrower executed promissory note(s) to secure loan(s) of $3,583.00, $17,250.00, and $1,250.00 from the U. S. Department of Education. This loan was disbursed for $3,583.00 on 10/20/98, $17,250.00 on 12/01/98 through 01/12/99, and $1,250.00 on 01/12/99 at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 12/01/12. Pursuant to 34 C.F.R. § 685.202(b), a total of $2,012.72 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $19,481.74 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

Principal:                  $ 16,137.06
Interest:                   $  2,289.28

Total debt as of 10/13/17:  $ 18,426.34

Interest accrues on the principal shown here at the current rate of 3.28% and a daily rate of $1.45 through June 30, 2018, and thereafter at such rate as the Department establishes pursuant to section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/13/17

Christopher Bolander
Loan Analyst / Litigation Support